# THE BENDAU LAW FIRM, PLLC

CLIFFORD P. BENDAU, II, ATTORNEY
*Licensed in Arizona and Ohio*
P.O. Box 97066
Phoenix, AZ 85060
[AZ] (480) 382-5176
[OH] (216) 395-4226
[FAX] (602) 956-1409
cliffordbendau@bendaulaw.com
www.bendaulaw.com

# Exhibit A

Clifford P. Bendau, II (030204)
Christopher J. Bendau (032981)
THE BENDAU LAW FIRM PLLC
P.O. Box 97066
Phoenix, Arizona 85018
Telephone: (480) 382-5176
Facsimile: (602) 956-1409
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Pete Perez**, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Saguaro Landscaping and Pool Service, L.L.C.**, an Arizona Limited Liability Company, and **Steve Mascorro and Susana Mascorro**, a Married Couple,<br><br>Defendants. | No. _____<br><br>**COLLECTIVE ACTION COMPLAINT PURSUANT TO 29 U.S.C. § 201, *ET SEQ.*** |

I, Pete Perez, do hereby consent to be a party plaintiff to the above-entitled action. I have read the complaint to be filed in the United States District Court for the District of Arizona, and authorize my attorneys, The Bendau Law Firm PLLC, and its associated attorneys (the "Attorneys"), to file the Complaint on my behalf and for other employees similarly situated. I authorize the Attorneys to represent me in the Lawsuit and make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit. I agree to provide the Attorneys forty percent (40%) of any recovery they obtain on my behalf in the Lawsuit or the reasonable hourly value of their legal services for time expended in the Lawsuit, as paid by Defendants, whichever is greater. I authorize the Attorneys to deduct from any recovery my pro rata share of any reasonable costs incurred by the Attorneys on my behalf.

_____
Pete Perez

05-10-17
_____
Date

-1-