# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Perez,<br><br>    Plaintiff,<br><br>v.<br><br>Saguaro Landscaping and Pool Service LLC, et al.,<br><br>    Defendants. | No. CV-17-01447-PHX-GMS<br><br>**ORDER** |

Pursuant to the Parties' Joint Motion to Approve Confidential Settlement Agreement and Stipulation of Dismissal With Prejudice (Doc. 52), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' settlement is approved, the Court finding that the settlement is fair and reasonable resolution of a bona fide dispute. *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982).

**IT IS FURTHER ORDERED** dismissing, without prejudice, all claims asserted herein by Opt-In Plaintiffs Arturo D. Biarco, Silverio M. Soto and Romario Sotelo.

**IT IS FURTHER ORDERED** dismissing, with prejudice, this lawsuit and all other Parties, Opt-In Plaintiffs and claims asserted herein.

/
/
/
/

1 **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction for the purposes of interpreting, implementing, and enforcing the Parties' Settlement Agreement and all orders and judgments entered in connection with it.

Dated this 15th day of May, 2018.

_____
Honorable G. Murray Snow
United States District Judge